IN THE INTEREST OF:
A.T.H., a child

_____

RESCHIN MOORE, f/k/a
RESCHIN HASH,
MOTHER,

AND

MARK T. HASH,
FATHER.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3370

Opinion filed March 17, 2015.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Steven R. Andrews and Brian O. Finnerty, of Steven R. Andrews, P.A., purported
counsel for A.T.H., a child, Appellant.

Michael T. Dolce, appointed counsel below for A.T.H., a child, and Scott A.
Mager, of Mager Dolce & Paruas, Appellee.

PER CURIAM.

        AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.